**Nilsa LOPEZ, Respondent**

v.

**CITYWIDE COMMUNITY COUNSEL-ING SERVICES, INC., Miguel Peguero, Ana Jimenez and Modesta Molina, Ph.D., Petitioners**

No. 498 EAL 2016

Supreme Court of Pennsylvania.

May 3, 2017

## ORDER

PER CURIAM

AND NOW, this 3rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Daniel Scott PETRICHKO, Petitioner**

No. 2 MAL 2017

Supreme Court of Pennsylvania.

May 3, 2017

## ORDER

PER CURIAM

AND NOW, this 3rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.